UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,<br><br>           *Plaintiff*,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>           *Defendant.* | Civil Action No. 14-529 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 43], it is hereby

**ORDERED** that plaintiff's motion for summary judgment [ECF No. 25] is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant's motion for summary judgment [ECF No. 27] is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that the 17-month STEM extension described at 73 Fed. Reg. 18,944 (Apr. 8, 2008), is **VACATED** but that the vacatur is **STAYED** until February 12, 2016; and it is further

**ORDERED** that the above-captioned case is remanded to DHS for further proceedings consistent with the Court's Memorandum Opinion.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE

                                             United States District Judge

Date:   August 12, 2015